EDMUND ROSENBLUM, Respondent, v. ZENITH MOTOR SALES, INC., et al., Defendants, and IRVING YESK, Appellant.—

No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.